IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00317-PAB-MJW

BOXER F2, L.P., a Texas limited partnership,

Plaintiff,

v.

FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS,
BRONCHICK & ASSOCIATES,
WILLIAM BRONCHICK, and
BRONCHICK & ASSOCIATES, P.C.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 30) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 25) is amended as follows:

1. The deadline for joinder of parties and amendment is extended to June 30, 2014.
2. The discovery cut-off deadline is extended to October 17, 2014.
3. The deadline for the parties to designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is extended to August 18, 2014.
4. The deadline for the parties to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is extended to September 18, 2014.
5. The deadline to take all depositions, including the depositions of any experts, is extended to October 17, 2014.
6. The deadline for serving interrogatories is extended to September 16, 2014.
7. The deadline for serving requests for production of documents and/or admissions is extended to September 16, 2014.
8. Paragraph 8(c) is amended to read: "Absent agreement of the parties or order of the Court, each party may serve on each of the other parties no more than 25 requests for production of documents and 25 requests for admission, including discrete subparts."

Date: May 8, 2014