# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-cv-00317-PAB-MJW | FTR - Courtroom A-502 |
| **Date:**   August 28, 2014 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| BOXER F2, L.P., a Texas limited partnership, | Adrienne L. Toon |
| | John W. Headrick, Jr. |
| Plaintiff(s), | |
| v. | |
| FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS , BRONCHICK &  ASSOCIATES, P.C., WILLIAM BRONCHICK, and BRONCHICK & ASSOCIATES, P. C., | William Bronchick |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTIONS  HEARING
**Court in Session:**    10:27 a.m.
Court calls case.  Appearances of counsel.

The Court raises the three (3) referred pending motions set for oral argument.
Arguments by Ms. Toon and Mr. Bronchick.

**It is ORDERED:**   Plaintiff's Motion to Compel Defendants' Responses to Plaintiff's First Set of Interrogatories and Requests for Production [Docket No. **40**, filed July 21, 2014] is **GRANTED** for reasons as set forth on the record.
Defendants shall provide responses to Plaintiff's first set of interrogatories and requests for production **on or before SEPTEMBER 19, 2014.**
Defendants' responses shall be protected according to the Protective Order previously entered by the Court

**It is ORDERED:**   Plaintiff's Motion to Amend the Scheduling Order and Reset the Pretrial Conference [Docket No. **44,** filed August 08, 2014] is **GRANTED** for reasons as set forth on the record.  The Second Amended Scheduling Order [tendered as 44-6] is accepted for filing.  Deadlines and settings in the original Scheduling Order [Docket No. 25] are amended:

Joinder of Parties/Amendment to Pleadings:     **SEPTEMBER 30, 2014**

Discovery Cut-off:    **FEBRUARY 17, 2015**

Dispositive Motions Deadline:    **MARCH 07, 2015**

Each side shall be limited to three (3) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before NOVEMBER 18, 2014**
Parties shall designate Rule 26(a)(2) rebuttal experts   **on or before  DECEMBER 18, 2014**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **JANUARY 16, 2015**

All depositions, fact and expert witnesses, shall be completed **no later than FEBRUARY 17, 2015.**

The FINAL PRETRIAL CONFERENCE set JANUARY 13, 2015 at 9:30 a.m. is VACATED.
**FINAL PRETRIAL CONFERENCE**   RESET  for   **MAY 05, 2015 at 9:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  **on or before April 28, 2015.**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.


**It is ORDERED:**     Plaintiff's Motion to Strike Exhibits A and B to Defendants'  Reply In Support of the Motion for Summary Judgment   [Docket No. **52**, filed August 15, 2014] is **DENIED** for reasons as set forth on the record.
Plaintiff is granted leave to file a SUPPLEMENTAL RESPONSE to the Defendants' Motion for Summary Judgment [Docket No. 39, filed July 11, 2014] **on or before   SEPTEMBER 10, 2014.**
Defendant is granted leave to file a SURREPLY **on or before SEPTEMBER 24, 2014.**

**It is ORDERED:**    Each party shall pay its own attorneys' fees and costs relating to each of these three (3) motions.


Hearing concluded.
**Court in recess:**    11:20 a.m.
Total In-Court Time   00:53

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.