IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00317-PAB-MJW

BOXER F2, L.P., a Texas limited partnership,

Plaintiff,

v.

FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS,
BRONCHICK & ASSOCIATES,
WILLIAM BRONCHICK, and
BRONCHICK & ASSOCIATES, P.C.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Plaintiff moved on October 1, 2014, for leave to file a second amended complaint.  Under Local Civil Rule 7.1(d), the deadline to respond to that motion was October 22, 2014.  Under Federal Rule of Civil Procedure 6(d), Defendants' response would have been timely had it been filed by October 27, 2014.  No response has been filed.

      Further, under Federal Rule of Civil Procedure 15(a)(2), leave to amend should be freely given when justice so requires.  Accordingly,

      Plaintiff's Motion for Leave to Further Amend Complaint (Docket No. 62) is hereby GRANTED.  Pursuant to Local Civil Rule 15.1(b), Plaintiff "shall file and serve the amended pleading on all parties under Fed. R. Civ. P. 5 no later than 14 days after the filing of th[is] order."

Date: October 28, 2014