IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00317-PAB-MJW

BOXER F2, L.P., a Texas limited partnership,

Plaintiff,

v.

FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS,
BRONCHICK & ASSOCIATES,
WILLIAM BRONCHICK, and
BRONCHICK & ASSOCIATES, P.C.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Amend Second Amended Scheduling Order (Docket No. 83) is GRANTED for good cause shown. It is further ORDERED that the Second Amended Scheduling Order (Docket No. 60) is AMENDED such that:

- The discovery cutoff is extended to March 1, 2015; and

- The dispositive motions deadline is extended to March 20, 2015.

It is further ORDERED that Defendants may take Plaintiff's deposition under Fed.R.Civ.P. 30(b)(6).

Date: February 9, 2015