THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00317-PAB-MJW

BOXER F2, L.P., a Texas corporation

    Plaintiff,

v.

FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS; BRONCHICK & ASSOCIATES; WILLIAM BRONCHICK; and BRONCHICK & ASSOCIATES, P.C.

    Defendants.

---

**ORDER ON STIPULATION REGARDING ATTORNEY FEES** (Docket No. 87)

---

THIS MATTER having come before the Court on the Stipulation Regarding Attorney Fees (the "Stipulation"), and the Court being advised in the matter, IT IS ORDERED that:

1. Attorneys' fees as to Plaintiff Boxer F2, L.P.'s motion for sanctions (Docket No. 67) in the amount of $3,023.50 are hereby awarded in favor of the Plaintiff and against Defendants Flamingo West, Ltd., Bronchick & Associates, William Bronchick, and Bronchick & Associates, P.C. *jointly and severally.*

DATED this 20TH day of February, 2015.

(2) Defendants shall pay the amount of $3,023.50 to Plaintiff on or before March 6, 2015.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado