IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00317-PAB-MJW

BOXER F2, L.P., a Texas limited partnership,

Plaintiff,

v.

FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS,
BRONCHICK & ASSOCIATES,
WILLIAM BRONCHICK, and
BRONCHICK & ASSOCIATES, P.C.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED:

- Defendant Flamingo West Ltd.'s Motion for Leave to File Sur-Reply to Plaintiff's Reply in Support of Motion to Renew Motion for Sanctions Pursuant to Fed.R.Civ.P. 37(b)(2) (Docket No. 100) is GRANTED.

- Docket No. 100-2 is ACCEPTED FOR FILING as Defendant Flamingo West Ltd.'s Sur-Reply as to Plaintiff's Renewed Motion for Sanctions (Docket No. 89).

- Defendants William Bronchick and Bronchick & Associates P.C.'s Motion for Leave to File Sur-Reply to Plaintiff's Reply in Support of Motion to Renew Motion for Sanctions Pursuant to Fed.R.Civ.P. 37(b)(2) (Docket No. 102) is GRANTED.

- Docket No. 103 is ACCEPTED FOR FILING as the Bronchick Defendants' Sur-Reply as to Plaintiff's Renewed Motion for Sanctions (Docket No. 89).

- No further briefing will be permitted on Plaintiff's Renewed Motion for Sanctions (Docket No. 89), for any party.

- Defendants shall make their accounting records available for inspection by Plaintiff at Defendants' premises, on Defendants' own computers, for a

> period of no more than four hours, on or before April 24, 2015. Counsel for both parties, Craig Spillman, and Cynthia Francis shall be present. Plaintiff shall be given the opportunity to print, download, or otherwise produce reports from Defendants' accounting software, and Defendants shall make available such passwords or admin permissions as are necessary. Plaintiff shall have no right to access non-relevant confidential information (such as employee social security numbers, customer credits cards, and the like).

- A Motion Hearing is SET for April 29, 2015, at 2:30 p.m., for purposes of resolving Plaintiff's Renewed Motion for Sanctions (Docket No. 89).

Date: April 10, 2015