IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00317-PAB-MJW

BOXER F2, L.P., a Texas limited partnership,

Plaintiff,

v.

FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS,
BRONCHICK & ASSOCIATES,
WILLIAM BRONCHICK, and
BRONCHICK & ASSOCIATES, P.C.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Notice of Withdrawal of Counsel for Plaintiff Boxer F2, Ltd. (Docket No. 153) is GRANTED.  Attorney John Headrick is WITHDRAWN as counsel of record for Plaintiff, and the Clerk of Court is DIRECTED TO REMOVE Mr. Headrick from electronic service in this matter.

Date: October 2, 2015