IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00317-PAB-MJW

BOXER F2, L.P., a Texas limited partnership,

    Plaintiff,

v.

FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS,
BRONCHICK & ASSOCIATES,
WILLIAM BRONCHICK, and
BRONCHICK & ASSOCIATES, P.C.,

    Defendants.

---

**ORDER REGARDING PLAINTIFF'S OBJECTION TO
DEFENDANTS WILLIAM BRONCHICK AND BRONCHICK & ASSOCIATES, P.C.'S
CROSS-DESIGNATION OF DEPOSITION TESTIMONY FOR USE AT TRIAL**

---

This matter comes before the Court on Plaintiff's Objection to Defendants William Bronchick and Bronchick & Associates, P.C.'s Cross-Designation of Deposition Testimony for Use at Trial [Docket No. 174]. The Court has reviewed the objection and rules as follows:

**TESTIMONY OF WILLIAM BRONCHICK, AS THE DESIGNATED REPRESENTATIVE OF FLAMINGO WEST, LTD.:**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | 41:1-6 | F.R.E 802 | Overruled |
| 2. | 72:22 – 73:18 | F.R.E 802 | Overruled |
| 3. | 75:12 – 76:10 | F.R.E 802 | Overruled |
| 4. | 79:16 – 80:18 | F.R.E 802 | Overruled |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 5. | 82:25 – 83:4 | F.R.E 802 | Overruled |
| 6. | 102:6 – 103:3 | F.R.E 802 | Overruled |
| 7. | 146:7-12 | F.R.E 802 | Overruled |

**TESTIMONY OF WILLIAM BRONCHICK, AS THE DESIGNATED REPRESENTATIVE OF BRONCHICK & ASSOCIATES, P.C.:**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | 19:1-14 | F.R.E 802 | Overruled |
| 2. | 25:5-19 | F.R.E 802 | Overruled |
| 3. | 30:1-2 | F.R.E 802 | Overruled |
| 4. | 44:24-25 | F.R.E 802 | Overruled |

**TESTIMONY OF ZACHARY SEGAL, AS THE DESIGNATED REPRESENTATIVE OF THE PLAINTIFF:**

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | 28:24 – 37:3 | Objection to 37:1-3 incomplete question and answer | Sustained as to 37:1-3 |
| 2. | 35:21 – 36:22 | Objection - subsumed in previous designation | Overruled |
| 3. | 37:19 – 43:16 | Objection to 41:22-25 and 42:1-3 - witness interrupted | Overruled |
| 4. | 54:25 – 60:1 | Objection to 55:5-25; 56:1-25; 57:13; 59:19-25; and 60:1 - witness interrupted continually; badgering; argumentative | Overruled |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 5. | 74:5-21 | Objection to 74:5-10 damages supplemented under FRCP 26(a)(1)(A)(iii) | Overruled |
| 6. | 84:5-11 | Objection - calls for legal conclusion from lay witness | Sustained |
| 7. | 89:20 – 92:23 | Objection to 90:23-25; 91:1- 3 - witness interrupted | Sustained |

DATED October 16, 2015.

                         BY THE COURT:

                         s/Philip A. Brimmer
                         PHILIP A. BRIMMER
                         United States District Judge