IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00317-PAB-MJW

BOXER F2, L.P., a Texas limited partnership,

    Plaintiff,

v.

FLAMINGO WEST, LTD., d/b/a LEGALWIZ PUBLICATIONS,
BRONCHICK & ASSOCIATES,
WILLIAM BRONCHICK, and
BRONCHICK & ASSOCIATES, P.C.,

    Defendants.

---

**ORDER REGARDING DEFENDANTS WILLIAM BRONCHICK AND
BRONCHICK & ASSOCIATES, P.C.'S AMENDED OBJECTIONS TO
PLAINTIFF'S DESIGNATIONS OF DEPOSITION TESTIMONY**

---

This matter comes before the Court on defendants William Bronchick and Bronchick & Associates, P.C.'s Amended Objections to Plaintiff's Designation of Deposition Testimony [Docket No. 162]. The Court has reviewed the objections and plaintiff's response [Docket No. 172] and rules as follows:

**DEPOSITION TESTIMONY OF WILLIAM BRONCHICK, AS THE DESIGNATED REPRESENTATIVE OF FLAMINGO WEST, LTD.:**

| Item No. | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 11:18-12:25 | F.R.E. 401, 402 | Overruled |
| 2 | 13:20-22 | F.R.E. 401, 402 | Withdrawn |
| 3 | 13:24-14:20 | F.R.E. 401, 402 | Overruled |
| 4 | 14:21-15:8 | F.R.E. 401, 402 | Overruled |
| 5 | 16:9-17 | F.R.E. 401, 402 | Overruled |

| Item No. | Testimony | Objection | Ruling |
|---|---|---|---|
| 6 | 22:13-23:21 | F.R.E. 401, 402 | Sustained |
| 7 | 48:16-49:8 | F.R.E. 401, 402 | Overruled |
| 8 | 52:6-8 | F.R.E. 401, 402 | Withdrawn |
| 9 | 79:4-6 | F.R.E. 401, 402 | Sustained |
| 10 | 106:15-107:18 | F.R.E. 401, 402 | Overruled |
| 11 | 107:19-108:13 | F.R.E. 401, 402 | Overruled |
| 12 | 108:14-110:23 | F.R.E. 401, 402 | Overruled |
| 13 | 112:14-113:8 | F.R.E. 401, 402 | Overruled |
| 14 | 113:9-18 | F.R.E. 401, 402 | Overruled |
| 15 | 113:22-114:19 | F.R.E. 401, 402 | Overruled |
| 16 | 128:12-21 | F.R.E. 401, 402 | Overruled |
| 17 | 128:22-129:6 | F.R.E. 401, 402 | Overruled |
| 18 | 138:16-141:3 | F.R.E. 401, 402 | Overruled |
| 19 | 143:23-144:3 | F.R.E. 401, 402 | Withdrawn |

**DEPOSITION TESTIMONY OF WILLIAM BRONCHICK, AS THE DESIGNATED REPRESENTATIVE OF BRONCHICK & ASSOCIATES, P.C.:**

| Item No. | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 13:10-15 | F.R.E. 401, 402 | Sustained |
| 2 | 26:9-28:1 | F.R.E. 401, 402 | Overruled as to 26:9-26:18 and 27:24-28:1.  Sustained as to remainder. |

| Item No. | Testimony | Objection | Ruling |
|---|---|---|---|
| 3 | 35:16-36:9 | F.R.E. 401, 402 | Sustained |
| 4 | 44:6-18 | F.R.E. 401, 402 | Overruled |

**DEPOSITION TESTIMONY OF WILLIAM BRONCHICK, INDIVIDUALLY:**

| Item No. | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 4:10-5:6 | F.R.E. 401, 402 | Overruled |
| 2 | 5:18-7:25 | F.R.E. 401, 402 | Overruled as to 5:18 to 6:22. Sustained as to remainder. |
| 3 | 8:11-10:2 | F.R.E. 401, 402 | Overruled |
| 4 | 11:3-12:19 | F.R.E. 401, 402 | Overruled |
| 5 | 12:20-13:15 | F.R.E. 401, 402 | Overruled |
| 6 | 13:16-14:3 | F.R.E. 401, 402 | Overruled |
| 7 | 14:4-19 | F.R.E. 401, 402 | Overruled |
| 8 | 14:20-15:23 | F.R.E. 401, 402 | Overruled |
| 9 | 15:24-16:13 | F.R.E. 401, 402 | Overruled |
| 10 | 16:14-22 | F.R.E. 401, 402 | Withdrawn |
| 11 | 18:16-20:5 | F.R.E. 401, 402 | Overruled |
| 12 | 20:6-14 | F.R.E. 401, 402 | Overruled |
| 13 | 20:15-23 | F.R.E. 401, 402 | Overruled |
| 14 | 20:24-21:6 | F.R.E. 401, 402 | Overruled |
| 15 | 23:5-14 | F.R.E. 401, 402 | Sustained |

| Item No. | Testimony | Objection | Ruling |
|---|---|---|---|
| 16 | 23:21-24:4 | F.R.E. 401, 402 | Overruled |
| 17 | 24:10-16 | F.R.E. 401, 402 | Withdrawn |
| 18 | 25:19-26:1 | F.R.E. 401, 402 | Withdrawn |

**DEPOSITION TESTIMONY OF ZACHARY SEGAL, AS THE DESIGNATED REPRESENTATIVE FOR PLAINTIFF:**

| Item No. | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 9:10-13 | F.R.E. 401, 402 | Withdrawn |
| 2 | 37:12-15 | F.R.E. 401, 402 | Withdrawn |

DATED October 16, 2015.

                                                  BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge