# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 26, 2015 |
| Court Reporter: Janet Coppock | Time: 6 hours and 23 minutes |

**CASE NO.  14-cv-00317-PAB-MJW**

| Parties | Counsel |
|---|---|
| **BOXER F2, L.P.,** | Christopher Taravella |
| | Adrienne Toon |
| Plaintiff, | |
| vs. | |
| **FLAMINGO WEST, LTD.,** | William Bronchick |
| **BRONCHICK & ASSOCIATES,** | Richard Strauss |
| **WILLIAM BRONCHICK, and** | Angela DeVine |
| **BRONCHICK & ASSOCIATES, P.C.,** | |
| Defendants. | |

## TRIAL TO COURT - DAY ONE

**8:42 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL. Also present is plaintiff's representative Zachary Segal.

Court and counsel discuss pending pretrial matters.

Page Two
14-cv-00317-PAB-MJW
October 26, 2015

**ORDERED:** Defendants Bronchick & Associates, P.C. and William Bronchicks' Motion to Strike Plaintiff's Second Supplemental Expert Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2)(E) [Docket No. 163], is **GRANTED**.

**8:49 a.m.**     Opening statement by Ms. Toon.

**9:04 a.m.**     Opening statement by Ms. DeVine.

Defendant Flamingo West, Ltd. waives its opening statement.

**9:15 a.m.**     Direct examination of defendant William Bronchick by Mr. Taravella.

Plaintiff's **exhibits 1 through 5 (inclusive)** identified, offered and ADMITTED.

Plaintiff's **exhibit 7** identified, offered and ADMITTED.

Plaintiff's **exhibit 8** identified, offered and ADMITTED.

Plaintiff's **exhibit 9** identified, offered and ADMITTED.

Plaintiff's **exhibit 12** identified, offered and ADMITTED, over objections by Mr. Strauss and Mr. Bronchick.

Plaintiff's **exhibit 18** identified, offered and ADMITTED, over objection by Mr. Strauss and Mr. Bronchick.

Plaintiff's **exhibit 57** identified, offered and ADMITTED, over objection by Mr. Strauss and Mr. Bronchick.

Plaintiff's **exhibit 144** identified, offered and ADMITTED, over objection by Mr. Strauss.

Plaintiff's **exhibit 15** identified, offered and ADMITTED, over objection by Mr. Strauss and Mr. Bronchick.

Plaintiff's **exhibit 17** identified, offered and ADMITTED, over objection by Mr. Strauss.

**10:30 a.m.**   **COURT IN RECESS**

**10:50 a.m.**   **COURT IN SESSION**

          Direct examination by Mr. Taravella continues.

Page Three
14-cv-00317-PAB-MJW
October 26, 2015

Plaintiff's **exhibit 21** identified, offered and ADMITTED.

Plaintiff's **exhibit 22** identified, offered and ADMITTED.

Plaintiff's **exhibit 19** identified, offered and ADMITTED.

Plaintiff's **exhibit 30** identified, offered and ADMITTED, over objections by Mr. Strauss and Mr. Bronchick.

Plaintiff's **exhibit 9** identified, offered and ADMITTED.

Plaintiff's **exhibit 68** identified, offered and ADMITTED, over objection by Mr. Strauss.

Plaintiff's **exhibit 24** identified, offered and ADMITTED.

Plaintiff's **exhibit 25** identified, offered and ADMITTED.

Plaintiff's **exhibit 26** identified, offered and ADMITTED.

Plaintiff's **exhibit 28** identified, offered and ADMITTED.

Plaintiff's **exhibits 45 through 49 (inclusive)** identified, offered and ADMITTED, over objection by Mr. Strauss.

Plaintiff's **exhibit 55** identified, offered and ADMITTED, over objections by Mr. Strauss and Mr. Bronchick.

Plaintiff's **exhibit 56** identified, offered and ADMITTED, over objection by Mr. Strauss.

Plaintiff's **exhibits 69 through 100 (inclusive) first page each** identified, offered and ADMITTED, over objection by Mr. Strauss and Mr. Bronchick.

Plaintiff's **exhibits 103 through 109 (inclusive) and 111** identified, offered and ADMITTED, over objection by Mr. Strauss and Mr. Bronchick.

Plaintiff's **exhibit 112** identified, offered and ADMITTED.

Plaintiff's **exhibit 122** identified, offered and ADMITTED.

**12:15 p.m.    COURT IN RECESS**

**1:47 p.m.    COURT IN SESSION**

Page Four
14-cv-00317-PAB-MJW
October 26, 2015

    Direct examination by Mr. Taravella continues.

Plaintiff's **exhibit 124** identified, offered and ADMITTED, over objection by Mr. Strauss.

Plaintiff's **exhibit 131** identified, offered and ADMITTED.

Plaintiff's **exhibit 120** identified, offered and ADMITTED.

Plaintiff's **exhibit 11** identified, offered and ADMITTED, over objection by Mr. Strauss.

Plaintiff's **exhibits 61(beginning at page 5), 62, 63 (beginning at page 6), 64 (beginning at page 5), and 65 (beginning at page 5)** identified, offered and ADMITTED, over objection by Mr. Strauss and Mr. Bronchick.

**3:05 p.m.**     **COURT IN RECESS**

**3:25 p.m.**     **COURT IN SESSION**

    Direct examination by Mr. Taravella continues.

Plaintiff's **exhibit 67 (pages 6 through 19)** identified, offered and ADMITTED.

**5:09 p.m.**     **COURT IN RECESS**

**Total in court time:**     383 minutes

**Hearing continued**